IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS HORTON | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No. _____ |
| | § | |
| BENEFYTT TECHNOLOGIES, INC. d/b/a | § | |
| MYBENEFITSKEEPER and RX | § | |
| HELPLINE, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANTS BENEFYTT AND RX HELPLINE'S NOTICE OF REMOVAL

Defendants Benefytt Technologies, Inc. and Rx Helpline, LLC file this Notice of Removal under 28 U.S.C. § 1446(a).

### I.   INTRODUCTION

1. Plaintiff is Lucas Horton ("Plaintiff"). Defendants are Benefytt Technologies, Inc. ("Benefytt") and Rx Helpline, LLC ("Rx Helpline").

2. On April 28, 2022, Plaintiff sued Benefytt and Rx Helpline in County Court at Law No. 5, Dallas County, Texas (CC-22-02186-A) for alleged violations of state and federal telephone solicitation laws.

### II.   BASIS OF REMOVAL

3. Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§ 1331, 1441(a); *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 386-87 (2012). Specifically, Plaintiff's first, second, fourth, sixth, and seventh claims arise under the federal law of the Telephone Consumer Protection Act.  *See* 47 U.S.C. § 227.

4. Removal is also proper because this Court may exercise supplemental jurisdiction over pendent claims that are so related to the claims in the suit that they are part of the same case or controversy. 28 U.S.C. § 1367(a); *S J Associated Pathologists, P.L.L.C. v. Cigna Healthcare*, 964 F.3d 369, 373 (5th Cir. 2020). Specifically, Plaintiff's third and fifth claims alleging violations of Texas telephone solicitation law are within this Court's supplemental jurisdiction.

5. Removal is timely. Benefytt and Rx Helpline were served with the suit on June 27, 2022. Benefytt and Rx Helpline file this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

6. All Defendants who have been properly joined and served join in or consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A).

7. Pursuant to 28 U.S.C. § 1446(a) and N.D. Tex. Local Rule 81.1, Benefytt and Rx Helpline file the following state court documents along with the Notice of Removal.

| Exhibits | Description | Local Rule | Date Filed in State Court |
|---|---|---|---|
| Exhibit A | Index of Removal Documents | 81.1(a)(4)(A) | N/A |
| Exhibit B | Texas State Court Docket Sheet | 81.1(a)(4)(B) | N/A |
| Exhibit C | Texas State Court Civil Case Information Sheet | 81.1(a)(4)(C) | 4/28/22 |
| Exhibit D | Plaintiff's Original Petition | 81.1(a)(4)(C) | 4/28/22 |
| Exhibit E | Dismissal Hearing Notice – Rx Helpline | 81.1(a)(4)(C) | 5/5/22 |
| Exhibit F | Dismissal Hearing Notice – Benefytt | 81.1(a)(4)(C) | 5/5/22 |
| Exhibit G | Dismissal Hearing Notice – Plaintiff | 81.1(a)(4)(C) | 5/5/22 |
| Exhibit H | Letter Requesting Issuance of Citation - Plaintiff | 81.1(a)(4)(C) | 5/9/22 |
| Exhibit I | Issued Citation – Benefytt | 81.1(a)(4)(C) | 5/9/22 |
| Exhibit J | Issued Citation – Rx Helpline | 81.1(a)(4)(C) | 5/9/22 |
| Exhibit K | Letter to File – Paying for Citation Copy Fees | 81.1(a)(4)(C) | 5/13/22 |
| Exhibit L | Return of Service – Benefytt and Rx Helpline | 81.1(a)(4)(C) | 6/7/22 |
| Exhibit M | Plaintiff's Amended Petition | 81.1(a)(4)(C) | 6/23/22 |
| Exhibit N | Return of Service – Benefytt | 81.1(a)(4)(C) | 7/14/22 |
| Exhibit O | Return of Service – Rx Helpline | 81.1(a)(4)(C) | 7/14/22 |
| Exhibit P | Letter to File – Proof of Service | 81.1(a)(4)(C) | 7/14/22 |

8. Also pursuant to 28 U.S.C. § 1446(a) and N.D. Tex. Local Rule 81.1, Benefytt and Rx Helpline file the following documents along with the Notice of Removal: (1) a completed Civil

Cover Sheet with an attached Supplemental Civil Cover Sheet for Cases Removed From State Court and (2) Certificates of Interested Persons.

9. Venue is proper in this district and division under 28 U.S.C. § 1441(a) and 28 U.S.C. § 124 because the Texas state court where the suit has been pending is located in this district and division. *See* 28 U.S.C. § 124(a)(1).

10. Benefytt and Rx Healthline will promptly file a copy of this Notice of Removal with the clerk of the Texas state court where the suit has been pending.

### III.   JURY DEMAND

11. Plaintiff did not demand a jury in the Texas state court suit.

### IV.   CONCLUSION

12. For the above reasons, Beneyftt and Rx Healthline ask the Court to remove the suit to the United States District Court for the Northern District of Texas, Dallas Division.

        Respectfully submitted,

        **LOCKE LORD LLP**

        */s/ M. Taylor Levesque*
        **M. Taylor Levesque**
        Texas Bar No. 24107296
        taylor.levesque@lockelord.com
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201
        T: (214) 740-8000

        **Brian I. Hays (*admission pending*)**
        bhays@lockelord.com
        111 South Wacker Drive, Suite 4100
        Chicago, Illinois 60606
        T: (312) 443-1707

        *Attorneys for Defendants Benefytt Technologies, Inc. and Rx Helpline, LLC*

## CERTIFICATE OF SERVICE

I certify that, on July 26, 2022, a true and correct copy of the foregoing document was served on pro se Plaintiff, Lucas Horton, **via the Court's CM/ECF system and/or e-mail** in accordance with the Federal Rules of Civil Procedure.

    Lucas Horton
    lukeduke365@yahoo.com
    1202 Stratford Dr
    Richardson, TX 75080
    T: (214) 909-3341

    PRO SE PLAINTIFF

        */s/ M. Taylor Levesque*
        M. Taylor Levesque