# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| LUCAS HORTON § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-CV-1621-S-BH |
| § | |
| BENEFYTT TECHNOLOGIES, INC. § | |
| d/b/a MYBENEFITSKEEPER and RX § | |
| HELPLINE, LLC. § | |
| § | |

## ORDER

Considering the parties' Joint Motion for Dismissal with Prejudice [ECF No. 18] and for good cause showing therein; IT IS ORDERED that all claims of Plaintiff, Lucas Horton, against Defendants Benefytt Technologies, Inc. d/b/a MyBenefitsKeeper and RX Helpline, LLC be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED December 5, 2022.

_____
**UNITED STATES DISTRICT JUDGE**